**Order entered May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00027-CR
No. 05-14-00028-CR

**GILBERTO SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-50759-V, F12-50760-V**

## ORDER

The Court **GRANTS** court reporter Debi Harris's May 8, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Harris to file the complete reporter's record, including all exhibits admitted into evidence, within **FIFTEEN (15) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE